THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
  *v.* ARTHUR PLAUT, Appellant.

*People* v. *Plaut,* 178 App. Div. 930, affirmed.
(Submitted June 13, 1917; decided July 11, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 11, 1917, which affirmed a judgment of the

court at a Trial Term for the county of Kings rendered upon a verdict convicting the defendant of the crime of giving and offering a bribe.

*Ira Leo Bamberger* and *Sidney Lowenthal* for appellant.

*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.